FILED
CLERK, U.S. DISTRICT COURT
SEP - 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Received 8-26-25
(Date)
Scanned at LAC and E-mailed
on 8-26-25 by D.R.
(Date)      (Initials)
Number of pages scanned: 3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gregory S. Van thoisen
PRISONER/PLAINTIFF,

v.

FEC, ET AL

DEFENDANT(S).

CASE NUMBER

CV25-8496-UA

**REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT**

I, Gregory S. Van Hoisen, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   _____

   b. State the place of your incarceration __LACCSP D1 244 Lancaster__
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes  ☒No
   b. Rent payments, interest or dividends?              ☐Yes  ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes  ☒No
   d. Gifts or inheritances?                              ☐Yes  ☒No
   e. Any other income (other than listed above)?         ☐Yes  ☒No
   f. Loans?                                              ☐Yes  ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __N/A__

---

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT
CV-60P (04/06)                                                                    Page 1 of 3

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? **97**
   Approximately how much income did your last tax return reflect? **UNDER 45,000**

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   **N/A**
   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

**California**
State

**Los Angeles**
County (or City)

I, **Gregory C. Van Hoosen**, declare under penalty of perjury that the foregoing is true and correct.

**8-26-2025**
Date

*of arrest*

Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statute to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____0_____ on account at the _____CSP LAC_____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $__0.16__ I further certify that during the past six months the average of monthly deposits to the applicant's account was $__0.16__.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

AUG 2 7 2025

_____
Date

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

_____
Authorized Officer of Institution (Signature)

Date\Time: 8/27/2025 2:19:49 PM
Institution: LAC

# CDCR
## Inmate Statement Report

Verified: THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS BY TRUST OFFICE

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AS8561 | VANHUISEN, GREGORY | LAC | D 001 2 | 244001 |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 02/01/2025 | LAC | BEGINNING BALANCE | | | | $0.00 |
| 08/08/2025 | LAC | I/M PAY - SUPPORT | 7/25 D YARD | | $0.96 | $0.96 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 08/08/2025 | $0.19 |
| Other Encumbrance | 08/08/2025 | $0.19 |
| Other Encumbrance | 08/08/2025 | $0.19 |
| Other Encumbrance | 08/08/2025 | $0.19 |
| Other Encumbrance | 08/08/2025 | $0.19 |
| Other Encumbrance | 08/08/2025 | $0.01 |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | COPIES | $1.50 | $0.00 | $1.50 |
| FEDERAL FILING FEE | 2:23-CV-01116-KJN | $350.00 | $0.00 | $349.81 |
| FEDERAL FILING FEE | 2:23-CV-00944-DJC-EF | $350.00 | $0.00 | $349.81 |
| FEDERAL FILING FEE | 2:23-CV-01596DJC-KJN | $350.00 | $0.00 | $349.81 |
| FEDERAL FILING FEE | 2:23-CV-00975DJC-EFB | $350.00 | $0.00 | $349.81 |
| FEDERAL FILING FEE | 2:23-CV-01339-CKD | $350.00 | $0.00 | $349.81 |
| FEDERAL FILING FEE | 2:23-CV-01758WBS-KJN | $350.00 | $0.00 | $349.99 |
| FEDERAL FILING FEE | 2:23-CV-01869KJM-CKD | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 2:23CV-01925-DAD-EFB | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 2:24-CV-00018-KJN | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 2:24-CV-00246DAD-KJN | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 2:23-CV-02448-DJC-DB | $350.00 | $0.00 | $350.00 |
| DAMAGES - STATE PROPERTY | RV 7415598 | $75.35 | $0.00 | $75.35 |
| FEDERAL FILING FEE | APPEAL1: 24CV00648RDA | $605.00 | $0.00 | $605.00 |
| FEDERAL FILING FEE | 2:23-CV-02900-DJC-EF | $350.00 | $0.00 | $350.00 |

2

**California State Prison - Los Angeles County**

Name: Gregory S. Van Hiser
CDC #: AE8961
Facility D Building L Bed 144
P.O. Box 8457
Lancaster, CA 93539

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457

United States Court
Central District of California
255 East Temple St. Room 180
Los Angeles CA 90012



**CALIFORNIA STATE PRISON – LOS ANGELES COUNTY**
ACCOUNTING
44750 60TH STREET WEST
LANCASTER, CA 93536

## MAIL

Form 1819 Notification of Disapproval

### UNAUTHORIZED ITEMS WITHIN INMATE MAIL

If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval.
- No padded, cardboard, or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

### AUTHORIZED ITEMS WITHIN INMATE MAIL
- 40 postage stamps/40 envelopes (Prepaid postage must not show the date)
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmates name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) <u>MUST</u> come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729