UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 25-8496-CV(E) | Date October 15, 2025 |
| Title GREGORY S. VAN HUISEN v. FEC - DIRECTOR, ET AL., | |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  
None

**Attorneys Present for Defendants:**  
None

**Proceedings:**    (IN CHAMBERS)

Plaintiff's "Motion Request to Allow All Discrepancy, etc." (Dkt. 5), "Motion Request for Appointment of Counsel, etc." (Dkt. 6) and "Motion Request for Appointment of Counsel, etc." (Dkt. 7), filed September 24, 2025, are denied. See "Report and Recommendation on Request to Proceed *In Forma Pauperis*," filed October 14, 2025.

cc: Judge Valenzuela
    Plaintiff

Initials of Deputy Clerk  VMUN