GREGORY S. VAN HUSEN
FULL NAME

COMMITTED NAME (if different)
P.O. BOX 8457
FULL ADDRESS INCLUDING NAME OF INSTITUTION
LANCASTER CA 93539-8457
# AS8561
PRISON NUMBER (if applicable)

**RELATED DDJ**

Received  8-26-25
                    (Date)
Scanned at LAC and E-mailed
on 8-26-25 by D.R
       (Date)        (Initials)
Number of pages scanned
           59

**FILED**
CLERK, U.S. DISTRICT COURT

**OCT 10 2025**

CENTRAL DISTRICT OF CALIFORNIA
BY:          rsm          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GREGORY S. VAN HUSEN

                                    PLAINTIFF,
v. FEC - DIREAN
HOUSE OF REP; SPEAKER, HAYDEN
DONALD TRUMP - COLOR OF STATE LAW
MASON JR, JR. MOORE, GATES SR
                                    DEFENDANT(S).

CASE NUMBER **2:25-CV-08496-MWF-DFM**

To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many?  ___2.2___

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _GREGORY S. VanHUISON_

Defendants _TEAUNA MIRANDA_

b. Court _UNITED STATES COURT FOR THE NORTHERN DISTRICT_

c. Docket or case number _24-CV-08939 YGR (PR)_

d. Name of judge to whom case was assigned _YVONNE ROGERS_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _PENDING_

f. Issues raised: _VACATE, RELEASE UNLAWFUL HOLDING SEE INGRESS (EGRESS); I WAS VIOLATED LAWFUL ENTRY UNLAWFUL EXIT NO EGRESS DATE WAS 4-18-24_

g. Approximate date of filing lawsuit: _SEE EXHIBIT 2-3 RELATIVE_

h. Approximate date of disposition _7-18-2025_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not _REVERT, COLOR OF STATE LAW, COST LEATHER, ORDINANCE, THE EXHAUSTION DOCTRINE_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _GREGORY S. VanHUISON_
                                                       (print plaintiff's name)

who presently resides at _____ ,
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_FBC, HOR, "GENERAL HAYDEN", D. TRUMA - JUNIOR X3_
                          (institution/city where violation occurred)

A. Van Huisen Vs. CTCR
B. U.S. Court For The Central District
C. 2:25 CV 2067 - MWF
D. N/A
E. Pending Appeal
F. Imminent Danger - Unlawful Detainer
G.
H. 8 - 2025

A. Van Huisen Vs. CTCR
B. U.S. Court; Eastern Dist.
C. 2:24 CV 02905 TLN AC
D. N/A
E. Appeal / Pending
F. Unlawful Detainer - Imminent Danger
G. N/A
H. 6-24-2025

A. Van Huisen Vs. CTCR
B. U.S. Court; Eastern Dist.
C. 2:23 CV 02900 DJC EFB
D. N/A
E. Case Closed
F. Imminent Danger
G. N/A
H. 8-30-2024

Page 1-7                    Prepared For The U.S. Court
3

1.
2.
3.    A. VAN HUISEN VS. GATES JUNIOR
4.    B. U.S. COURT, NORTHERN DIST
5.    C. 23-CV-04447 DCP
6.    D. NA
7.    E. WITHDRAWAL
8.    F. A PRINCE WHOSE CHARACTER IS THUS MARKED BY EVERY ACT
      WHICH MAY DEFINE A TYRANT IS UNFIT TO BE THE RULER
9.    G. OF A FREE PEOPLE
           NA
10.   H.    3-7-2024
11.
12.   A. VAN HUISEN VS. DEA
13.   B. NINTH CIRCUIT / USSC
14.   C. 24-4718
15.   D. NA
16.   E. PENDING
17.   F. WRIT OF CERTIORARI — PARRISH V FEELING ENTITLEMENT
18.   G.
19.   H. 10-23-2024
20.
21.   A. VAN HUISEN VS. H.O.R.
22.   B. NINTH CIRCUIT / USSC
23.   C. 24-4407
24.   D. NA
25.   E. PENDING (CERTIORARI
26.   F. [DUTY] IMMINENT DANGER
27.   G.
28.   H. 4-23-2025

Page 2-7

(CONT.) 4

I ATTEST Pg. 4
Gregory S. Van Huisen
8-26

In re: Ase 561

1.
2.
3.  A. VAN HUISEN IN RE: HABEAS CORPUS.
4.  B. U.S. COURT, FOR THE NORTHERN DIST
5.  C. 4:23 CU 03355 YGR
6.  D. U/A
7.  E. PENDING
8.  F. AUTONOMOUS - FACSE SCALES, UNLAWFUL DECISION
9.  G. 10 - 30 - 2024
10. H. MOVING SINCE 2024

11.
12. A. VAN HUISEN IN RE: HABEAS CORPUS
13. B. U.S. COURT, NORTHERN DIST. & ALAMEDA SUPERIOR
14. C. CU 23 1180  FOR H50316-7
15. D. U/A
16. E. RELEASE MOTION / FILING REOPENING - CLOSED
17. F. DEFENDANT; FEDERAL ID NOS POSSIBLY UNDERCOVER
       — DEA
18. G. RECENTLY SUBMITTED!
19. H. PENDING U/A
20.

21. H. VAN HUISEN VS. LAFRATIES
22. B. NINTH CIRCUIT
23. C. 24 - 6485
24. D. U/A
25. E. AFFIRMATION
26. F. "NOTICE OF DISHONOR" - IMMINENT DANGER
27. G. N/A
28. H. 10 - 07 - 2025

PAGE 3-7                    CONT. 5

Pg. 5
In re: Van Huisen
Greg Van Huisen
B - 04 - 05

In re HSC561

1.
2.
3.    A. Van Huisen Vs. Chief of Staff; Brown
4.    B.  Ninth Circuit
5.    C. 23-5507
6.    D. U/A
7.    E. Closed
8.    F. [Color of State (AU] Imminent Danger
9.    G.
10.   H. 4-20-2023

11.
12.   A.  Van Huisen In Re Habeas Corpus
13.   B. CSD
14.   C. 5285756
15.   D. U/A
16.   E. Closed / Appeal
17.   F. Unlawful Conditions - Imminent Danger
18.   G.
19.   H. 10-20-2024

20.
21.   A. Van Huisen in Re Habeas Corpus
22.   B. U.S. Court, North District
23.   C. 4:23 CV 032554GR
24.   D. O/A
25.   E. Pending
26.   F. Imminent Danger / Unlawful Detainer 5th A.
27.   G.  N/A
28.   H. 2023

Page 4-7                          Cont. 6

1.
2.
3.    A. Van Huisen Vs. Navy
4.    B. U.S. Court, Northern District
5.    C. 24 CV 7015 PCP
6.    D.
7.    E. Case Closed — No Further Advances
8.    F. Unlawful Detainer (Imminent Danger
9.    G.
10.   H. 7-15-2025

11.
12.   A. Van Huisen Vs USAF
13.   B. U.S. Court; Northern District
14.   C. 23-CV 04753 PCP
15.   D. U/A
16.   E. Withdrawal
17.   F. The U.S. Insurrection - "The Cruel One"
18.   G.
19.   H. 3-7-2024
20.

21.   A. Van Huisen Vs USA
22.   B. USSC
23.   C. 23-7651
24.   D. U/A
25.   E. Closed
26.   F. Lize Majesty - Imminent Danger
27.   G.
28.   H. 10-7-2024

Page 5-7                    Cont. 7

I Affirm By 7
[signature] Greg Van Huisen
8-26-25

ID # 452561

1.
2.
3.    A. VAN HUISEN Vs DOE, JOHN
4.    B. NINTH CIRCUIT
5.    C. 23-2880
6.    D. U/A
7.    E. CASE CLOSED    — IMMINENT DANGER [INTERED]
8.    F. DESPOTISM — HAVING CREATED MOCK TRIALS TO GET
          AWAY WITH THE MURDER OF THESE STATES
9.    G. –    INHABITANTS – MURDER OF THE
          INHABITANTS OF THESE STATES.
10.   H. 2024

11.
12.   A. VAN HUISEN Vs. GOSS, PORTER
13.   B. U.S. COURT ; NORTHERN DIST.
14.   C. 23-CV-04210
15.   D. U/A
16.   E. WITHDRAWAL
17.   F. ORDINANCE
18.   G. N/A
19.   H. U/A
20.

21.   A. VAN HUISEN Vs NASA
22.   B. NINTH CIRCUIT
23.   C. 24-2414
24.   D. U/A
25.   E. Concluded
26.   F. UNDOCUMENTED ALIENS [IN ADVERSUM]
                                        ↳ IMMINENT DANGER
27.   G.
28.   H. L-24-2025

Page 6-7

CONT. B

I AGREE Pg. B
[signature] Van Huisen
Greg Van Huisen
8.26.25

In # ASE561

1.
2.
3.    A. VAN HUISEN VS. BURNS, BILL
4.    B. U.S. COURT ; NORTHERN DIST
5.    C. 23 CU 04914 PLD
6.    D. U/A
7.    E. WITHDRAWAL
8.    F. ORDINANCE – CURRENTLY RE-OPENING
9.    G.
10.   H. 3-14-2024

11.
12.   A. VAN HUISEN VS. WARNER BROS.
13.   B. NINTH CIRCUIT
14.   C. 24-4017
15.   D. U/A
16.   E. CLOSED
17.   F. SEALED
18.   G.
19.   H. 3-14-2024
20.
21.   A. VAN HUISEN VS. LAWRENCE LIVERMORE LAB
22.   B. U.S. COURT, EASTERN DISTRICT
23.   C. 2-22 CV 01915 DAD EFB
24.   D. U/A
25.   E. CLOSED
26.   F. SET-ASIDE ; THE U.S. INSURRECTION
27.   G.
28.   H. 3-14-2024

Page 7-7                                    CONT. 9

on (date or dates) _____ , _____ , _____ .
    (Claim I)             (Claim II)            (Claim III)

**NOTE:**  You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  *FEC* _____ resides or works at
                (full name of first defendant)

    *1150 FIRST ST, NE* _____
    (full address of first defendant)

    *WASHINGTON D.C. 20543*
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
*COLOR OF STATE LAW / DUTY / ACT 7:93 - THRESHOLD*
*THE UNITED STATES INSURRECTION*

2.  Defendant  *HOR* _____ resides or works at
                (full name of first defendant)

    *U.S. CAPITOL ROOM #H54* _____
    (full address of first defendant)

    *WASHINGTON D.C. 20515 - 6601*
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

3.  Defendant  *USAF/CIA - "GENERAL HAYDEN"* _____ resides or works at
                (full name of first defendant)

    *USAF*            *TEXAS / KANSAS*
    (full address of first defendant)

    *GENERAL (PERISAI) - RETIRED ? ACTING MICHAEL HAYDEN*
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
*THE UNITED STATES INSURRECTION*

_____

on (date or dates) _____, _____, _____
               (Claim I)          (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   _Donald Trump - White House_   resides or works at
            (full name of first defendant)
            _Capitol Building_
            (full address of first defendant)
            _Washington DC_
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_Color of State Law / Acts: 7:53 Threshold_
_The United States Insurrection_

2.   Defendant   _William Mason Jr_   resides or works at
            (full name of first defendant)
            _U/A Dublin Personal; DEA Springfield VA_
            (full address of first defendant)
            _Partisan DEA_
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_Color of State Law / Acts 7:53 / Threshold_

3.   Defendant   _William Gates Junior_   resides or works at
            (full name of first defendant)
             _U/A_     _Springfield VA_
            (full address of first defendant)
             _Partisan, DEA_
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_Color of State Law / Acts 7:53 / Threshold_
_The United States Insurrection_

4. Defendant _JUNIOR MOORE ; JOHN DOE_ resides or works at
   (full name of first defendant)
   _O/A MORRISETTE DRIVE SPRINGFIELD VIRGINIA_
   (full address of first defendant)
   (⟶PARTISAN TEA) _DEFENDANTS SSN TOE 450216-7 ALAMEDA COUNTY_
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_COLOR OF STATE LAW / ACTS 7:52 / THRESHOLD_
_THE UNITED STATES INSURRECTION_

5. Defendant _PETER HOLM_ resides or works at
   (full name of first defendant)
   _FIELD AGENT - VIRGINIA_
   (full address of first defendant)
   _CIA OPERATIVE_
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_COLOR OF STATE LAW / ACTS 7:52 / THRESHOLD_
_THE UNITED STATES INSURRECTION ._

*CSP ca..... fee* l's
I arrest fq. -
c/ ..... V. ....
Van Thorsen, Greg
8-26-25

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

BILL OF INDICTMENT

SUCH HAS BEEN THE PATIENCE SUFFERANCE OF THESE
COLONIES AND SUCH IS NOW THE NECESSITY WHICH
CONSTRAINS THEM TO ALTER THEIR FORMER SYSTEMS
OF GOVERNMENT. THE HISTORY OF THE GREAT KING
OF GREAT BRITAIN IS A HISTORY OF REPEATED
INJURIES AND USURPATIONS ALL HAVING IN DIRECT
OBJECT THE ESTABLISHMENT OF AN ABSOLUTE TYRANNY
OVER THESE STATES. TO PROVE THIS LET FACTS BE
SUBMITTED TO A CANDID WORLD.

"A PUBLIC INTEREST CASE".  CLAIM # 1 (LESE MAJESTY
A SOVEREIGN OFFENSE. MAGIS DE BONO QUAM DE
MALO LEX INTENDIT, THE LAW FAVORS A GOOD RATHER THAN
A BAD CONSTRUCTION."

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without
citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each
DEFENDANT (by name) did to violate your right.

"MONROE ACT, "CIVIL RICO", - INCONVENIENT FORUM
SUCH AS. A COLLECTION OF UNLAWFUL DEBT
RETALIATION - VIS MAJOR COORDINATE INTERIM
DIVIDEND A SEPERATE AND EQUAL STATION. RITE OF
PASSAGE NOW OBSTRUCTION OF COMMON LAW IN REVERSION.

SEE INTERIM ORDER AND CONSIDER; NOW A DELIBERATE
INDIFFERENCE CAUSING A MATERIAL ADVERSE EFFECT A REAL
ACTION THAT REGARDS EQUITY A INTERIM DIVIDEND.
LEX RESPICIT AEQUITATEM THE LAW PAYS REGARD TO EQUITY.

FEALTY - FREEDOM CHARTER FOR THE EXECUTIVE BRANCH
SEDITION SUCH AS REVERSION. "STIRRING UP ILL WILL AGAINST
LAWFUL GOVERNMENT. VIOLATION / REVERSION A CLOSED PATH TO PEN CIRCUIT.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same
outline.

# A58561

CD PLACE Pg. 14
Target
C/w U.M
Gerald Matthew
8-26-25

#1   (#1) All Content is Caconic And Compact Stylos;
A        Core Terms As Such: "Ordinance",
#2       "Political Question", Poaching And See Also
A        Circomvention. Please Familiarize
#3       With Circuit And Revert. For Now Mal-
A        Administration And The Mail And Wire,
#4       Fraud Act. Scale - See Also Proportionate
A        The "Hatch Act", And its Final Prevacency.
#5       Introducing The United States Insurrection
A        Now Illegitimate New Comers Such As: Tyrants
#6       The Banditti, And Train Robbers Known As:
A        Insurrectionaries. Circomvention in Preparation
#7       Of A ition, "A Ill Gotten child" An In Adversu
A        Foreigner Posing As A Angel Of Light. See
#8       Exhibit One Case # H50 216-7 The Defendants
A        Son Junior Moore.
#9   (#2) Proportionate, Provident, And Revelation
A        Now The Declaration Of Independence Arriving
#10      Far-Sighted Policy Under The United States Seal
A        The Eye of Providence. See B. R. Doyle Vs.
#11      The South Carolina Democratic Party
A        Court: " The Plaintiffs Objection Sheds
#12      No Further Light On The issue"
A        Nos. 310 cv 0205 MBS 3-21-2011." I
#13      Object These Are Adversary Proceedings.
A        Major Continent in se Minus, The Greater
#14      Contains The less.

ISDW AS8561                                    CSPLACDI ACY
                                        I ADDRESS PT. 15
                                        C/W R2LL
                                             8-26-25
                                        GREG VAN HUSEN

#6 (#3) "Power To The People," Consider Penta Valence,
A     The Pentateuch, Social Prominence, The Penta
#2   "Astron Day," Sub Voce "Civil Day," The
A    Declaration of Independence; Charge:"Having
#3   Subject Us To A Jurisdiction Foreign To Our
A    Constitution"."The United States Insurrection
#4   Unconstitutional And Beyond Circumstantial
A    Warning: Posing, Sedition, Collapse, And
#5   "Ultra Hazardous Activity". For Example
A    Innate, Stargate, Procore (R), Interpose, And
#6   Coojuration. Upcoming Serpent Hud involuntary
A    Servitude. See Taskmaster And Re-Consider
#7   Banditti. For Example Snake Defined.
A (#4) Understand Prospering While in insurrection
#8   Via "Man is More Disposed To Suffer Evils
A    While Evils Are Sufferable Than To Right Them.
#9   Selves By Abolishing The Forms To Which To
A    Which Their Accustomed. Vulnerability, Turn
#10  Turtle, And Lost Leader.

15 -

ID #AS2561

CSolar Disc
I Agree Pg. 16
Greg Whitten
8-26-25

(#5) Lex Respicit Aequitatem, The Law Pays Regard To Equity. Arriving The Seperate And Equalisiation Under The Reverse Side Of The Seal, Canopy. Magnitude Meteor No Lacking Of Power Or Possession Only Recipients. The Eruption Of The Eye Of Providence "Power to The People"; Lost Leader / Fealty. A Deliberate Indifference Causing A Material Adverse Effect Such As: [Adverse Possession]. "Major Continent In Use Minor", The Greater Contains The Less". Waiting For Acceptance, And Affirmation; See The Hanging Gardens Of Babylon 1 Of The 7 Wonders Of The World. Concourses Glial Seperate Stations "Area Enokhia Do Not Happen For No Reason. This Concourse is Chiefly And Sovereignties The Construction Via The Declaration Of Independence. Latin Ciberties Chiefly Jesuian Regarding Solar Prominence See A Webster's Unabridged Dictionary. Solar Prominence: Astron), Having A Flame Like Tongue And Releasing It Into The Chromosphere Or Corona i.e. /E.G. Atmosphere. Stylos –

(#6) Annuit Coeptis Novus Ordo Seclorum (God) Has Approved Our Beginnings, "A New Cycle Of The Ages" See Also The Eye Of Providence And A Unfinished Pyramid; The Adverse Side Of The U.S. Seal. Legitimate Forum Vs Inconvenient Forum, Proceeding / The Next Friend Of The Court.

#1
A
#2
A
#3
A
#4
A
#5
A
#6
A
#7
A
#8
A
#9
A
#10
A
#11
A
#12
A
#13
A
#14
A
#15
A

16

I# # NS8661

I steel
pg-17

Greg Van Housen
8-26-25

#1
A  (#1) The Declatory Station is Ground Zero
#2  Concisely; you come incomplete and Dependent
A  passing from Discourse, through a Concourse
#3  the Seperate and Equal Station, Entering
A  Independence and Finding Solution a talent of
#4  Equity a Soluble. Astron; Finding! A Real
A  Talent Show a Star Search. Coordinate the
#5  Seperate and Equal Station Entering Independence
A  Holding and Free from Discharge. Undefiled
#6  Liberation. See Alottment Space is Holding.
A  Quantum Mechanics; Acceptance, is Key That
#7  Unites a Charge of St. Elmos Fire. See
A  Also Reproof Construed as Talent. By Accepting
#8  the Reproof you Abase your Value from
A  Dependence to Independence. Charta Affirm
#9  for Navigation Exhibit with Mericipal Purposes.
A  The Decleration of Independence is a
#10  Charta. See also Fermion -1, -2, -3, 0,
A  +1, +2, +3 -! Ground Zero. Freedom
#11  or Free Right to Be Free from Discharge.
A  "Your Only as Free as Reconstruction"!
#12  Unit is a Element of Value-Talent for Example
A  However in a Clock there is 12 Units and
#13  Before the Clock Strikes 13:00 Midnight in
A  Reversion Providence Erupts Granting you
   Right of Passage.

ID # AS8561

CSPC...... 14.18

I arrest, 14.18

Greg VanHuisen
@ 8-26-2025

#1    PROVERBS 6:23 FOR THE COMMANDMENT IS A LAMP AND
A    (#8)    THE LAW A LIGHT REPROOFS OF INSTRUCTION ARE,
#2    THE WAY OF LIFE. SEE "INNKEEPER", COMMON LAW
A    AND ENFORCEMENT. CIVIL RIGHTS! SEE ALSO "INNS
#3    OF A COURT", LINCOLN AND GRAY SPEECH AND
A    SPIRIT. LET FREEDOM RING! FREE FROM BEING
#4    ENSLAVED. IN THE LAST TWO YEARS A COUPLE OF
A    GRAY WHALES HAVE BEEN SPOTTED. YOUR ONLY AS
#5    FREE AS RECONSTRUCTION. SEE AMENDMENT 13,
A    14, AND 15 FOR THE RECONSTRUCTION AMENDMENTS.
#6    FOR EXAMPLE NO SLAVERY OR INVOLUNTARY SERVITUDE
A    WITHIN THE JURISDICTION OF THE UNITED STATES
#7    SHALL EXIST. PRIOR TO THE 13TH AMENDMENT GETTING
A    PASSED ABRAHAM WAS ASSASSINATED BY JOHN
#8    WILKES BOOTH IN THE FORD THEATRE. LINCOLN
A    WAS FIGHTING THE SAME WHITE WASHED
#9    INSURRECTION THAT WE FACE NOW, THE VERY
A    SAME ENEMY. PROVIDENCE!
#10    (#9) INTRODUCING RENEE DESCARTES, AND A
A    CARTWHEEL. BY DEFINITION A CARTESIAN COORDINATE
#11    SILVER DOLLAR - THE UNITED STATES A BROKEN
A    WHEEL. A NON CONTENDING GROUP. THE SEPERATE
#12    AND EQUAL STATION. "LET US DISCARD ALL THIS
A    QUIBBLING ABOUT THIS MAN AND THE OTHER MAN
#13    THIS RACE AND THAT RACE AND THE OTHER RACE
A    BEING INFERIOR AND THEREFORE THEY MUST BE PLACED
#14    IN A INFERIOR POSITION. LET US DISCARD ALL
A    THESE THINGS AND UNITE WITH ONE PEOPLE THROUGH
#15    OUT THIS LAND UNTIL WE SHALL ONCE MORE
A    STAND UP DECLARING THAT ALL MEN ARE CREATED
#16    EQUAL. ABRAHAM LINCOLN 1858 CAMPAIGN...

18.

In # A52561

CASPLANE Pg.19
I ATTEST
Geoff Van Horsed.

#1  #10  THERE IS NO POINTS FOR SECOND PLACE WE NEED
H  CONTINUITY NOT ILLIGITIMACY. SEE "CART WAY"S,
#2  "RITE OF PASSAGE", CARTWHEEL, ABASEMENT, AND
A  CIVIL RIGHTS. NOW STATION, CONCOURSE, AND COURTHOUSE
#3  INNS OR IN COURT, LINCOLN (GRAY CIVIL RIGHTS, LINCOLN
A  IS SPEECH WHY GRAY IS SPIRIT I.E. FOR EXAMPLE
#4  "CORE STONE", DISCERNMENT SWORD OF THE STONE,
A  COORDINATE EXODUS 28:8. CIRCUMAMBULATE A
#5  FESTAL CELEBRATION. SILENCE IS GOLD AND SPEECH
A  IS SILVER. YASHIMORO YAMAMOTO. CARTWHEEL IS A
#6  SPRING ACTION SILVER DOLLAR. AT PRESENT THE CLOCK
A  THE STANDARD OF LIVING, THE GOLD BELT OF TRUTH
#7  IS PERVERTED. "CORE STONE", EXODUS 28:8 FOR A
A  BRIBE BLINDS THE DISCERNING AND TWISTS JUSTICE
#8  TREBASEMENT IS A COUNTERCLOCKWISE MANEUVER.
A  SEE TURN TURTLE. CORRUPTIO OPTIMI PESSIMA
#9  CORRUPTION OF THE BEST IS THE WORST OF ALL.
A  "WHAT IS PERVERTED CANNOT BE MADE STRAIGHT
#10  AGAIN" ANCIENT WISDOM SEE SCALE BALANCE AND
A  EQUITY. FOR EXAMPLE ECCLESIASTES CHAPTER III.
#11  FREEDOM OR TO BE MADE FREE MEANS TO BE FREE
A  FROM DISCHARGE HOWEVER IF YOU TEAR YOUR
#12  ANTERIOR CRUCIATE LIGAMENT YOUR GOING TO
A  NEED PROVISION LIKE A CLEENEX OR TISSUE A
#13  TRUE TOKEN. SEE ALSO THRESHOLD.
#14  #11  WITHOUT CONTINUITY AND ACCEPTANCE OF TERMINATE
#14  ITS VULNERABILITY. THE OPPONENTS OF OUR CONSTITUTION
A  THE BANDITTI, THE U.S. INSURRECTION ARE TRYING
#15  TO TAKE US TO A BENT OVER PLACE OF VULNERABILITY
A  CIVIL AUTHORITY ACTS USS, NOW CIVIL UNREST. CALL
#16  SIGN IS VIPER.    19.

Iy # ASE561

Excuse Oo.E. Cornerstone!,
Scripture,
CSPLAC.7/24/25
I Attest by.
Greg Van Horn
8-26-25

**#10**

#1    For The Record, Proverbs 20:14 Huy 27:13; Posy!
A     See Posey, Boneman, Au, Capture The Flag; Recreation
#2    Huy Statesman; The Declaration Of Independence
A     Took Possession 7-5-2024 I Attest — Sovereign
#3    Diplomacy. See Proverbs 17:8 "A Person is A Precious
A     Stone, In The Eyes Of The Possessor, Wherever
#4    He Turns He Prospers! [Cornerstone] The Festive
A     Shout Exodus 23:8 * Setting The Mark For The
#5    Next Millenium Open Market Square, Concise I
A     Attest. See Crier Define > A Public Proclamation
#6    "Proclaiming". Lady Liberty; The Statue Of
A     Liberty, "Wisdom" is Her Name Proverbs 1:21
#7    "She Cries Out At The Chief Concourses Hydpt
A     The openings Of The Gates Of The City She Speaks
#8    Her Words "Belonging To Maher Shalac
A     Hash Baz" Exodus 23:8 "For A Bribe, Blinds
#9    The Discerning Huy Perverts / Twists Justice."
A     'Happy Holidays' If We Being Autonomous
#10   Succumb To A Bribe, By A Bad Boneman We
A     Prostitute Ourselves Out To Lady Liberty. In
#11   These Circumstances Its "Double Jeopardy?
A     Nolens Volens Its A Debasement in Value;
#12   Cheeta ;Silent Conspiracy" However Its A
A     Broken Wheel Of Irreparable Harm And We
#13   Surrender A Part Of Our Biological Clock
A     This Keeps Us From Our Circumstance & Festivities
#14   Hurwit Coeptis Novus Ordo Seclorum. (knows)Signet!

20

Id # AS8561

I Arrest pg. 21

Geo Van theisen

8-26-05

(#13)

#i
A     A Call To Action ! A Time To Speak Much Time To
Refrain From Speaking. Preserving Common Law;

#2
A     "Power To The People Our Independence Is
More Unvalable Than Their Deferrable And So
is Throwing Off Such Government." So We Won't

#3
A     Get Fooled Again" Foeklore Huh? I've Got one
More Silver Dollar" Lyrics To Contemporary

#4
A     Music. Silence is Gold And Speech is Silver,
Yashimoto Yaumoto. A Broken Wheel Discourse

#5
A     Section is a Character of Fire, "Charge",
Restoring Democracy! Stars And Stripes!

#6
A     The Golden Mean, "to Honor Your Neighbor As
Yourself" For Now The Greater Contains The less.

#7
A     "Frog", a loophole "Legalise", Outer stands the,
Gold Belt. A New Cycle Of The Ages. "You Need

#8
A     Somebody in office Who Will Tell The Truth"!

#9
A     George W. Bush Republican Candidate For
The U.S. Presidency October 17, 2000. For

#10
A     Now "Frog", As We Wait For Unity A Revolution
A New Cycle Of The Ages. Annuit Coeptis, God

#11
A     Has Approved Our Beginnings. The Gold Belt
Of Truth Penta Valence See The Penta Luke11:37

#12
A     "Where The Body is There The Eagles Will Be
Gathered!" King James Version "Eagle", A Gold

#13
A     Coin in The Amount of 10; "Legalise", Coordinate
Iris Prudence; "A Body of Law" A Zonal Station

21.

I₄ # AS8561

I Arrest Pg. 22
Greg Van Hoien
8-26-25

#1
A    As We Unite With Independence, We Can See
     Clearly To Reach Out To Our Neighbors A
#2   Material Adverse Effect Caused By A
A    Deliberate Indifference The United States
#3   Insurrection "Major Continent In Se Minus"
A    Sicence is Gold And Speech is Silver. Ask
#4   Not What Your Country Can Do For You But
A    What You Can Do For Your Country.
#5   John Fitzgerald Kennedy.
A    "Civil-Defense" A Real Action With Merits
#6 (#14) Juris Prudence. Tadpoles Go Through
A    Metamorphosis Abasement - Frog²....

Id # AS856(

I attest pg. 23

Greg Van Thorsen
8-26-25

#1 (#15) Alas - Carry Liberty Stands Aloof Waiting For The
A Concourse On Open Market Square. Ahoy
#2 Mate Common Law/Sense Arriving, The
A Standard Of Living. Arriving Enforcement
#3 The Standard Limit Meaning Not To Enter
A Putrefaction. Synod Drawing A Line! Allotment
#4 A Time To Breakdown And A Time To Restore.
A Ecclesiastes. See Also The Declaration Of
#5 Independence " It is Their Right It is Their
A Duty To Throw Off Such Government 17nd
#6 Provide New Guards For Their Future Security
A See Jeremiah 5:22 "I Made The Sandy Sea
#7 Shore And The Seas Limit Which By Eternal
A Decree They May Not Overstep Toss Though
#8 They May It is To No Avail".

A (#16) Complaint is A Talent / Reproof And Add
#9 To The Fact! Yet Another Line; Joshua
A A Recent Change, For Example A Bread
#10 Basket. A Baby Hidden By The Eye Of
A Providence. This Nina "The Kingdom Of God
#11 Cometh Not By Observation. Common Law
A Sovereign Protection Arriving. Having
#12 Power To Frame Government. Note
A Starfish / Sea Star, "Autonomy" Having
#13 A Body With Five Arms Exent Ending
A From A Central Disk. The Seperate And
14 Equal Station. The Nina, The Pelta, And The
A Santa Maria

23.

ID # A58561

I ATTEST PG. 24
8-26-15 *[signature]*
Greg Van Niesen

#1  (#11) Tenth Valence See The Precepts Of For This Law
A  Of The New Cycle Of The Ages Proverbs 30:7-9;
#2  Then See The Law Of The New Cycle Of The Ages
A  Deuteronomy 27:15-26. Cycle Is Allotment A
#3  Valid Point Capable Of Being Justified. This
A  Law Contends As The 21 Commandments That
#4  Arent That Far Off From You. It Is Written
A  That Glory Is The Confidence Of The Far Off
#5  Seas.

A (#6)  The Descendit Et Non Teneka A Right
#6  Descends Not The Land. Psalm 79:8 Origin
A  And Concise. See Seven Wonders Of The
#7  World For Participation In This Years
A  Revival Such As The Egyptian Pyramids. Reverse
#8  Seal Of The United States A Unfinished Pyramid.
A  Completion, Forum, And A Festal Shout. Drawing
#9  A Line 5,280 Feet And The Canopy To Protect
A  Your New Security. The Law Of The Revolution
#10  Via The Declaration Of Independence.
A  E Pluribus Unum!

#11 (#12)  Procore(s) Unfit A Prince Who's Character
A  Is Thus Marked By Every Act Which May
#12  Define A Tyrant Is Unfit To Be The Ruler Of A
A  Free People! What If Perhaps The Actual
#13  Revelation Of This Provident Charged
A  Charma Hasn't Providentally Arrived Until
#14  The New Charge Dispensed 12-24-2078.
A  Psalm 75:8, Passage Is A Voyage By Sea Or
#15  Die. Laws Defined As The Divine Will Set
A  Forth Or Replaced In The Old Testament.

24.

IN # AS8561

I ATTEST PI-25
8-26-25 [signature] GREG VAN HERSON

#1 (#20) A LATERAL PLANE; EXHIBIT ONE ALIKE TO A ASTRON.
A     TORY; POSING ESCINILLA OF EVIDENCE, A POLYGON
#2    HAVING SIX SIDES SIDE IS DEFINED IN WEBSTERS
A     POCKET DICTIONARY # 6 AS A CONTENTING GROUP
#3    TEAM OR OPINION. THERE IS NO POINTS FOR SECOND
A     PLACE WE NEED CONTINUITY EXHIBIT 1 IDIOM
#4    IN ADVERSUM, JUNIOR MOORE IS THE CHILD
A     BIRTHED OUT OF THE INSURRECTION, CONTRARILY
#5    AND STARGATE CONCURRED A ILL GOTTEN CHILD;
A     REVERT USA BIRTHPLACE. REVERSION (UNFIT)
#6    ILLEGITIMATE AND UNCONSTITUTIONAL. SEDITION)
A     SCALE CIRCUITS. SEE THE HATCH ACT'S C.O.A.
#7    ISAIAH 59.5. SIC's.
A (#21) MAGIS DE BONO QUAM DE MALO LEX
      INTENTIT; THE LAW FAVORS A GOOD RATHER
#8    THAN A BAD CONSTRUCTION. NO CONTENDE!
A     LEZE MAJESTY; A SOVEREIGN OFFENSE
#9    SUCH AS: CONSTRUCTIVE TREASON. A TURN
A     TURTLE - COUNTER CLOCKWISE (COORDINATE)
#10   A DELIBERATE INDIFFERENCE CALLING A
A     MATERIAL ADVERSE EFFECT. HEX IS
#11   DEFINED AS A EVIL SPELL OR CURSE SEE
A     POLYGON DEFINED AS PART OF A HEXAGON
#12   HAVING SIX SIDES THEY SET OUT FOR A ASTRON
A     BUT NO CONTENDE. I AM THE FRONT TOOTH
#13        CONCISE. I AM HELD CAPTIVE UNLAWFULLY
A     SEE EXHIBIT TWO - THREE FOR PRIMA FACIE
#14   AND HABENS CORPUS "VOID", MAJOR VICARIOUS
A     CLARICITY SUCH AS ADVERSE POSSESSION
#15   AND METEOR.                    25
D

I & WASBOG

(SDCAC-D)2d9d8

I ATTEST
8-16-25 [signature]
Gary Washburn pg. 26

#1 (#9) WARNING EVIL IS LURKING i.e. E.G ONE EYED
A      JACK, THE WITCHCRAFT DELUSION AT SALEM,
#2    AND THE ALAMO. IN THE LAND OF THE BLIND
A     ONLY THE ONE EYED MEN ARE KINGS. NOAH
#3    WEBSTER FOREIGN WORDS AND PHRASES.
A     VENOM, CRUDE OIL, AND TREACHERY.
#4    REVERSION; RETALIATING AGAINST PAST CIVIL
A     RIGHTS VICTORIES TO OPEN CLOSED PATHS
#5    AND CLOSE OPEN CIRCUITS. LET FREEDOM RING!

26

IN RE ASE56I

I ARREST PG. 27

8-26-25 [signature] Greg Van Elven

#1 (#23) WHILE INCARCERATED OPEN CIRCUIT CAMERAS
A ARE NOT TO BE BREACHED. THEY ARE PROVIDED
#2 ONLY FOR THE INTERNAL SECURITY PERIMETER.
A IF THE SECURITY PERIMETER GETS BREACHED
#3 THEY BECOME CLOSED CIRCUIT CAMERAS.
A WE GET PLACED IN A PLACE OF VULNERABILITY.
#4 THIS IS A DELIBERATE INDIFFERENCE, CAUSING
A A MATERIAL ADVERSE EFFECT. SEE SUMMON
#5 STARGATE/CONJURATION AND SEE ALSO
A 'STEALTH FACTOR'.
#6 (#24) NINE DAYS WONDER A POLYPHONIC! REVERSION
A TO OPEN PATHS FOR SLAVE CIRCUITS i.e.
#7 INVOLUNTARY SERVITUDE AND PERHAPS 'MOERDA'.
A SEE SEVEN YEAR WAR AND NOTE MOERDA IS
#8 SAXOPHONIC. "WHEN ENGLAND AND PRUSSIA DEFEATED
A FRANCE, AUSTRIA, RUSSIA, SWEDEN AND SAXONY
#9 IN A SEVEN YEAR WAR. REVERSION RECENTLY
A OPEN UNFIT PATHS SEE CIRCUIT AGAIN A CLOSED
#10 PATH TO PRODUCE A ELECTRIC CURRENT. EXODUS
A 23:8 AND DUETERONOMY 27: 25 FOR A BRIBE
#11 PERVERTS JUSTICE AND THOU SHALL NOT ACCEPT A
A BRIBE TO SHED INNOCENT BLOOD. SEE OPERATIVE
#12 PART. LAW DEFINED; CIRCUMSTANTIAL EVIDENCE,
A THE U.S. HAS NOT PAID FEALTY FOR OUR AGREEMENT
#13 FREEDOM CHARTER. SEE THE MONROE ACT. UPCOMING
19 A "MOCK TRIALS" TO GET AWAY WITH MURDER OF FREE
#14 STATES" THE DECLERATION OF INDEPENDENCE...

27

Ex # AS8561                    CSD CAE 4 of 5 Page
                               I Attest Pg. 28
                               8-22-25    [signature]
                               Greg Van Huisen

#1  (#25) Sirenia is Latin for Sea Cow with a Nexus
     A   of Siren, "Calvinism" Hence John Calvin. A
#2       "In Adversum" Conspiracy Exodus 23:8 for
     A   a Bribe Blinds the Discerning and Perverts
#3       Justice. See Jeremiah 34 - (19 Through 20)
     A   "The Princes of Judah, the Princes of
#4       Jerusalem The Eunuchs and all the People
     A   of the Land who Passed Between the Parts
#5       of the Calf I will Give Them Into The
     A   Hands of Their Enemies, And into the Hands
#6       Of Those who Seek Their Life," Remember
     A   Polyphony is Part of a Short Lived
#7       Sensation No Contends, And So Is The
     A   Doctrine of Tyranny Calvinism / Sirenia
#8       Pre. Mozeta, Short Sighted Policy. See
     A   Exhibit One. A Nine Days Wonder, "A Brief
#9       Stir one who Cause a short Lived Sensation.
     A   "Sedition" - Stirring Up Ill will Against
#10      Lawful Government. By Products of Evil
     A   Dictatorship, Tyranny, And Despotism is Wasted
#11      Circuity and inconvenient Forum:
     A  (#26) No Contends Their Sides Busted Themselves
#12      Then They Stay and Deny Their Failure while
     A   At the Expense of Social Security. Next Unfit
#13      Killing in the Disposition of Evils. A Conqueror
     A   They Are Not. Unlawful Killing And No Common
#14      Law? No Power to Hold Office. Civil Unrest

                        28

I ATTEST
8-26-25   Gregg Van Hoisen

#1 He Has Combined With Others To Subject Us To A Jurisdiction Foreign To Our Constitution And Unacknowledged By Our Laws Giving His Assent To Their Acts Of Pretended Legislation. Reversion, The Declaration Of Independence, And Now What Is Left Of Our Freedom Slave Circuits. No Contende. Free Is Defined As W/O Charge". I.e. For example Set-Free Not Enslaved. The Particular Estate", Our Freedom Charter Is A Document To Form A Corporation For Example The Executive Branch. A Form To Hire Or Cease. Revert We Have Strange Relations With The United Kingdom We Don't Pay Our Dues. Concise, See Feacty. We Have Stopped Paying Our Dues And This Has Put Us In A State Of Reversion. We Are Only Free From Reconstruction. Circuit Is Defined As A Closed Path Followed By A Circuit Such As Involuntary Servitude And Slavery, And The Freedom Charter. With Out A Constant Such As Continuity The United States Insurrection And Its Undertaking Took Us From A Unilateral Astron To A Lateral Hexagon However No Contende. Without Prerogative There Is A Breach Of Security. A Hexogram Has Six Sides. Side Is Defined As A Contending Group Hence A Constant, The Constitution. Open Circuit Cameras Protect A Security Perimeter. If They Get Breached You Close The Security And Lose The Complete Perimeter. See The Monroe Act...

#2 A
#3 A
#4 A
#5 A
#6 A
#7 A
#8 A
#9 A
#10 A
#11 A
#12 A
#13 A
#14 A
#15 A

29

I & U HSES61

I ATTEST P9-30
8-26-25
Gregy Va Hsn
Gregy Van Huisen

#1    MAC - ADMINISTRATION AND THE DOMINO EFFECT
A  (#10) HIS NAME IS JOHN "MOTTO OF PEURTO RICO"
#2    NOW THE WHITE WASHED WALL AND THE "HATCH ACT,"
A    RETACIATORY i.e. FOR EXAMPLE THE ALAMO.
#3    FOR TENOR CALVINISM AND THE END JUSTIFIES
A    THE MEANS. BY FAR THIS IS THE HIGHEST
#4    POTENCY OF RACISM I HAVE EVER SEEN OR
A    EXPERIENCED. THE AWESOME BLOSSOM NEVER
#5    SET SAIL CONSIDER BUCKHEARTS SEE SIDE DEFINES
A    A CONTENDING GROUP - NO CONTENDE WE NEED
#6    CONTINUITY. THERE IS NO POINTS FOR SECOND PLACE...
A    ALL WE HAVE IS DAMN NEAR PUTREFACTION SEE
#7    THE TURNER RULE. SIMPLICITY A HOUSE DIVIDED
A    AGAINST ITSELF CANNOT STAND MARK 8:35 AND
#8    JOHN FITZGERALD KENNEDY. ACTS 7:53 HAVING
A    RECIEVED THE LAW BY THE DIRECTION OF ANGELS
#9    AND HAVE NOT KEPT IT. "COLOR OF STATE LAW",
A    NOTE THE HOUSE OF REPRESENTATIVES IS THE
#10   HEART OF THE ELECTORAL DISTRICT, "THE CENTRAL
A    DISH" ["DUTY"] MIKE JOHNSON IS THE ACTING
#11   PRESIDENT. VOWS NEED TO HAPPEN ASAP
A    SEE VOW. COMMON LAW PREVAILING. PSALM 75:8
#12   TODAY IF YOU HEAR HIS VOICE HARDEN NOT YOUR
A    HEART AS IN THE DAY OF TRIAL. A TALENT OF
#13   EQUITY. A SOURCE! RIGHT NOW WE NEED TO
A    GRAB THE BULL BY THE HORNS. UPCOMING
#14   JUDGEMENT; FOREJUDGER COMMON LAW ARIVING
A    A TIME TO BREAKDOWN AND A TIME TO RESTORE...

80

IØ# AS8561

I ATTEST PG. 31
8-26-08  Greg Van Huisen

#1 (#29) POLITICAL QUESTION - A QUESTION OF CONTINUITY
A.  PREROGATIVE, AND SUCCESSION. IF IT IS A
#2  RIGHT WING CONSPIRACY CAUSING A TURN TURTLE
A.  AND YOU SUCCOMB TO BECOMING A TRAITOR ON
#3  THE RIGHT SIDE WHILE YOU COLLAPSE ON THE LEFT
A   YOU HAVE SET TRAP FOR YOUR OWN FOOT. LOST LEADER
#4  WARNING TURN TURTLE (VULNERABILITY "MAN
A   IS MORE DISPOSED TO SUFFER EVILS WHILE
#5  EVILS ARE SUFFERABLE THAN TO RIGHT
A   THEMSELVES BY ABOLISHING THE FORMS TO WHICH
#6  THEIR ACCUSTOMED. THE DECLERATION OF
A   INDEPENDENCE. THE "POLITICAL QUESTION"
#7  DOES NOT CONTEND FOR SECOND PLACE IT
A   EITHER ELIMINATES OR SUCCEEDS. THE POLITICAL
#8  QUESTION BECOMES A WEAPON. LETS KEEP IT
A   SIMPLE, " THE GOOD LIFE": QUESTION:
#9  WITHOUT SUCCESSION DO YOU SEE THE UPRISING
A   OF THE POLITICAL QUESTION DOCTRINE?
#10  HEADED IN THAT DIRECTION A WASTE OF TIME
A   AND AT THE COST OF SOCIAL SECURITY. I
#11  OBJECT FOR THE FEC TO EXCERCISE THE
A   SWORD OF THE SPIRIT IN RE: A FALSE ELECTION
#12  AND OR DUTY (VOW FOR MIKE JOHNSON TO STEP
A   UP AND FULFILL HIS OFFICE WHILE AT PRESENT
#13  COLOR OF STATE LAW.    I ATTEST

36.

It # 458561

Compliance 9-26

I Assert

8-26-25   Greg Van Husen

## #30

#1   THE UPHEAVAL BRINGS THE POLITICAL QUESTION
A    DOCTRINE AND THE SEPERATION OF POWERS
#2   PRINCIPLE INTO PLAY WITH A VALID POLITICAL
A    QUESTION. THIS SHOULD SUPERSEDE THE PRISON
#3   LITIGATION REFORM ACT; NEMO TENETUR AD
A    IMPOSSIBILIA, "NO ONE IS EXPECTED TO DO THE
#4   IMPOSSIBLE". I HAVE NEVER RECIEVED AN
A    APPOINTMENT OF COUNSEL OR A TRIAL BY JURY. ALL
#5   CASES AT THE EASTERN DISTRICT WERE SQUALISH
A    AND FOGGED BY DISPARATE. SLAVE LABOR!
#6   SUFFERAGE! DISCOURSE THAT TURNS DOWN
A    PAYCHECKS WHILE THREATENING SOCIAL SECURITY
#7   COVERTLY.

A    ## #31   THE D.O.I. IS A WEAPON FOR DISPERSION.
#8   APPLICATION COMES WITH DISCERNMENT. EXODUS 23:8
A    FOR A BRIBE BLINDS THE DISCERNING AND PERVERTS
#9   JUSTICE. SEE AGAIN THE D.O.I.; "BY ABOLISHING
A    THE FREE SYSTEM OF ENGLISH LAWS IN A NEIGHBOURING
#10  PROVINCE? PROVINCE HAS A NEXUS WITH SPHERICAL
A    LEEZE MAJESTY — A SOVEREIGN OFFENSE. SEE FROG.
#11  A LOOPHOLE LEGALISE. SIC ITUR AD ASTRA,
A    THIS ONE GOES TO THE STARS. FOREIGN WORDS AND
#12  PHRASES. NOAH WEBSTER. NEMATODE FROGS
A    GO THROUGH METAMORPHIS. THIS IS NOT THE
#13  DECLERATION OF INDEPENDENCES FIRST RODEO.

34.

32-

In H AS8561

I Attest
8-26-25   [signature]
Geek Van Huisen

#32 NON FACIAS MALUM INTE VENIAT BONUM, "Y/OU
ARE NOT TO DO GOOD THAT EVIL MAY COME OUT OF IT".
COST CENTER - SECURING A FALSE ELECTION; PREPENSE.

#33 SEE VAN HUISEN VS. JOHN DOE NOS. 252880 AT THE
NINTH CIRCUIT. JOHN DOE IS A CIA MASTERMIND,
DISHONORABLE IN A CIVIL CONSPIRACY; MAL - ADMINISTRATION
SEE MOTTO OF VIRGINIA 'THUS EVER TO THE TYRANTS'
SYNOD ECCLESIASTES 2:13 WISDOM EXCELS FOLLY AS
LIGHT PROFITS OVER DARKNESS. JOHN DOE'S FOLLY
HAS FALLEN UNDER THE COUNTERBALANCE OF
PROVIDENCE. THE DOMINO EFFECT i.e. [E.G.
FOR EXAMPLE TIME PROPORTIONED LANDMARK
JOHN DOE]. THE ACTUAL REVELATION. MOTTO
OF PUERTO RICO "HIS NAME IS JOHN".
DOUBLE JEOPARDY, CALVINISM; PROCURE OF
EXODUS 23:8 AND IN VIOLATION OF DEUTERONOMY
27:25 "THALL SHALL NOT EXCEPT A BRIBE TO SHED
INNOCENT BLOOD". SEE LAW DEFINED THIS IS
TRANSGRESSION. SEE LEGALISE [OPERATIVE.
PART] SEE ALSO PRE-MOERTA] - SAXOPHONIC
SEE ALSO SIRENIA LATIN FOR SEA COLD / SIREN
TWO CIRCUITS CONTRARY TO THE U.S CONSTITUTION.
"CIRCUMVENTION" IN VIOLATION OF OUR RIGHTS. A
NINE DAYS WONDER. CIRCUIT IS DEFINED AS A
CLOSED PATH AND A OPEN CIRCUIT. A DELIBERATE
INDIFFERENCE CAUSING A MATERIAL ADVERSE EFFECT.

I & # A5856(

CASE # X8A((
I attest pg. 34
8-26-25  Q. /in V. L
Greg Van Hausen

(# 34)

#1    John Doe; Exodus 23:8 Passing Through The Parts
#    Of The Case To Avoid Time And Judgence. (Warding
#2    See Jeremiah 34:14-20 Foreclosed. To Keep It
#    Single, Inconvenient-Forum", The United States
#3    Insurrection. Two Circuits Contrary To The Case.
#    Nine Days Wouerk For example The World Trade
#4    Centre. Doe is A Peace Officer A) Sworn Officer
#    See, Jucation", Acts 7:53 Having Recieved The
#5    Case By The Direction Of Angels And Have Not Kept
#    It"

#6    (# 35) The Doctrine Of Tyranny, The U.S. insurrection
#    "Calvinism". See John Calvin the Captain of the
#7    Titanic, Note, Circumstantial Evidence", See Also
#    Scintilla of Evidence", The Unthinkable Perhaps
#8    While in Reversion Opening A Closest Path To
#    Resource The Tita     A Word/Name Representing
#9    Sirenia And Calvinism. See A Unabridged Dictionary
#    For Construction, Nexus And Sub Voce, "Sirenia.
#10   All in the Linguistics of Sirenia you Will Find Calve,
#    Cals, Siren, Cove, And Sea. Basilica! Psalm
#11   34:7, "The Angel Of The Lord Encamps All Around
#    Those Who Fear Him And Delivers Them. See The
#12   Political Question Doctrine", And The
#    Separation of Powers Principle", Civil Nos 8-23375
#13   And 2 In Sanchez-Espinoza Vs. Reagan 568 F.
#    Supp 896 August 01, 1983. The Political Question
#14   Now Becomes A Coordinate That Endorses A
#    Recoupment Concourse Under The Seal Of The U.S

#15   (# 36) Jeopardy, The Underthnking of the Constitution
#    The Constitution is A Sea Star Histerias For Best
#16   See Electoral District The Bench Of The Senator
#    House of Representatives See Sea (Star . Fish) Bench

I $ # AS8561

I arrest Pg. 35
08-26-25 [signature]
Greg Van Heisen

**# 37**

#1 . One of The 7 Leaders of The World is The Light.

A House or Pharoah At Alexandria. This is The Same,

#2 Jurisdiction As The Electoral District

A Within The District of Columbia. See The

#3 Alexandria Division of Alexandria Virginia.

A See Van Heisen Vs. House of Representatives

#4 No 24-6519 Except At The Appropriate Forum.

**# 38**

A "Psalm 78:8 Charge; Psalm 95:8 Reproof,

#5 For Example," Today if You Hear His Voice

A Harden Not Your Hearts As You Did in The Day

#6 of Trial!" To The House of Representatives,

A A Strong, Cartwheels, And "Frog"(s) Are

#7 Unicateral. A Broken Wheel is A Lateral,

A A Non Contending. Coordinate "There is No

#8 Points for Second Place We Need Continuity.

A Alexa In The Est, The Die is Cast; Eagle is

#9 A Score of Two Under Par, Golf is A 9

A Hole Minimum. No Contender See A Equal

#10 Station The Penta. A Tacent of Equity.

A "Jus Descendit Et Non Terra", "A Right

#11 Descends Not The Card". Passing The Torch(

A This is More Than A Threadbare Recital

#12 Such As Succession, Continuity, And

A Prerogative. (Ex Respicit Negotiates). Toward

#13 A Unicateral Claim. 35

I ATTEST Pg. 36
8-16-05 Greg Van Hirsen

#1 #39 THERE IS NO POINTS FOR SECOND PLACE
A  WE NEED ORDINATION NOT USURPATION. SEE
#2  EXHIBIT ONE JUNIOR POSING AS A ANGEL OF
A  LIGHT. SITES THAT DO NOT CONTEND AND
#3  REVULSION. A SHORT LIVED SENSATION. THUS
A  EVEN TO THE TYRANTS. JUNIOR HEXOGRAMS
#4  ARE NOT SUPPOSED TO HAVE SNEAKERS.
A  FOR EXAMPLE CARLS JUNIOR POSING AS A ANGEL OF
#5  LIGHT. THE ANCHOR HOLDS CORE STONE
A  EXODUS 23:8. POSSESSION, PREROGATIVE AND
#6  POWER TO THE PEOPLE
A  #40 A CHARGE WAS RELEASED TIME AND REVELATION
#7  CAN DEFINED AND ADD TO THE FACE THE
A  EYE OF PROVIDENCE. PSALM 79:8 HAPPENED ON
#8  12-24-2023 GOD HAD FINISHED POURING
A  OUT THE CHARGE. SOMETIME AFTER THE
#9  GESTATION PERIOD LADY LIBERTY GAVE BIRTH
A  TO JOSHUA. WARNING POSY ("SCINTILLA OF
#10  EVIDENCE) THE ANTI TYPE JUNIOR MOORE.
A  THERE IS NO POINTS FOR SECOND PLACE
#11  ALEA IACTA EST THE DIE IS CAST.
A  PENTA VALENCE.

Et al A500501

I ATTEST PG/ /27
8-26-25
Greg Van Horson

#1  (#41)  Joshua is Holding And is a New Cycle of
A  The Ages Via The Declaration of Independence
#2  The Movement is Prominent And Under The
A  Seal of The United States, A 'Dove Tail'
#3  See 'Asterisk', A Small Star Hence The
A  Greater Contains The Less. The Declaration
#4  of Independence This is The Lamp. Proverbs
A  6:23 For The Commandment is A Lamp And
#5  The Law A Light Reproofs of Instruction
A.  Are A Way of Life'.
#6  (#42)  'Duty'. I Object Election Contest.
A  Perhaps Days of Grace, For The Mid.
#7  Term But Then in A Plan To Completely
A  Over Throw The Government By Reversion
#8  The Scale Takes Over Against Circumvention
A  At The Primary With A New Cycle of The
#9  Ages. Non Facias Malum Inde Veniat
A  Bonum You Are Not To Do Evil That Good
#10  May Come Out of It.
A  (#43)  The Law Favors A Good Rather Than
#11  A Bad Construction. Sides Are Not
A  Contending Exhibit One Familiarize With
#12  Blockheads.

ITEM S606l

I Attest pg. 38
8-06-25
Greg Van Huisen

#1
A
#2
A
#3
A
#4
A
#5
A
#6
A
#7
A
#8
A
#9
A
#10
A
#11
A
#12
A
#13

(#44) SEE NOTICE OF DISHONOR AFFIRMATION CASE NOS. 24-6485 VAN HUISEN US. LAFKADES A PETTY BAG OFFICE "TAINTED LOOT" OF TREACHERY FOR PURPOSE OF THE UNITED STATES INSURRECTION BY AN [IN ADVERSON] PARTY. [BREACH OF SECURITY]. CONSIDER THIS COMPLAINT AS ANOTHER NOTICE OF PROTEST. [A PUBLIC INTEREST CASE] AND CIVIL-DEFENSE. PICKETING IS A FORM OF LEGAL COMMUNICATION. CONCISE AND LAWFUL.

(#45) PRESENT THE PARTICULAR ESTATE UNLAWFUL HOLDING "DEMOCRACY" HELD CAPTIVE BY PIRACY. SEE "HAVING CONSTRAINED OUR FELLOW CITIZENS AND TAKEN CAPTIVE ON THE HIGH SEAS'" CONCISELY THE ACTING PRESIDENT SEE [COLOR OF STATE LAW]. RECEIVED THE LAW BY THE DISPOSITION OF ANGELS AND HAVE NOT KEPT IT "ACTS 7:53 COLOR OF STATE LAW IS DEFINED AS ACTING OR PRETENDING AMONGST YOUR PEEL ORDINANCES. DEFRAUD ARE AND JEOPARDY CIVIL RIGHTS SEE [INUS OF A COURT]. LINCOLN AND GRAY THESE ARE OUR CIVIL RIGHTS LINCOLN IS SPEECH AND GRAY IS SPIRIT.

38

Is # ASE56(

I ATTEST
8-28-25
Geo Van theron

1  (#46) THE ACTING PRESIDENT IS A BAD BONDSMAN HE
A  LACKS THE POWER TO HOLD OFFICE, THE PREROGATIVE
3  THAT PROTECTS OUR CIVIL RIGHTS. AS WE
A  PLEDGE OUR ALLEGIANCE NOW ITS THEFT BY
5  DECEPTION, ITS DOUBLE JEOPARDY, SEE
A  VULNERABILITY THE THIEF CONTINUES TO STEAL

4  (#47)
A  EXODUS 23:8 ANOTHER DISCHARGE ALL BAD
5  BOND; WHERE IS THE SECURITY WHILE HE POSES
A  FALSEHOOD FOR THE POLITICAL QUESTION. SEE THE
6  DECLARATION OF INDEPENDENCE, "BY ABOLISHING
A  THE FREE SYSTEM OF ENGLISH LAWS IN A NEIGHBORING
7  PROVINCE", THE TENOR OF REVERSION, REFORMATION
A  AND DERASEMENT.

8  (#48)
A  WE HAVE LOST OUR FREEDOM CHARTER "AGREEMENT"
9  WITH THE UNITED KINGDOM FOR NOT PAYING OUR
A  FEALTY. THE U.S. IS IN REVERSION HOWEVER THEY
10 MAY PLAY STUPID SEE SEDITION AND CIRCUIT
A  DEFINED. CAUSE OF ACTION TO RESET CLOSE
11 A OPEN CIRCUIT AND OPEN A CLOSE PATH. SEE
A  PROVERBS 22:28 "DO NOT REMOVE AN ANCIENT
12 BOUNDARY MARK THAT YOUR FATHERS SET UP,
A  i.e. (I.G. "ANCESTORS. SEE ALSO THE D.O.I.,
13 HAVING SUBJECT US TO A JURISDICTION FOREIGN
   TO OUR CONSTITUTION."

Inmate I.D. # A18686

I Arrest 09.40
8-18-25 Greg Van thisen

#1 (#49) MASTERMIND; THE DOCTRINE OF TYRANNY AND DESPOTISM.
A JOHN DOE No. 23-2880 AT THE NINTH CIRCUIT.
#2 THE DESPOT IS OPERATING BENEATH THE COURTS
A DIGNITY; INFRA COLLAE DIGNATEM. CIVIL CONSPIRACY
#3 A PRINCE WHOSE CHARACTER IS THUS MARKED BY
A EVERY ACT WHICH MAY DEFINE A TYRANT IS UNFIT
#4 TO BE THE RULER OF A FREE PEOPLE" THE D.O.I.
A SEE ALSO TETRARCH, "FOR QUARTERING" AND CONSIDER
#5 BREVET. PROCUREMENT, PRISON CAMPS, AND OPPRESSION
A THEIR OBJECTIVE, OBSTRUCTION FOR REVERSION SEE
#6 CIRCUIT. "BEWARE OF THE VENOM OF THE COBRA IT
A SPITS CRUELTY! TO GRAB US DISCARD, DEFAME,
#7 AND PLACING US IN A PLACE OF VULNERABILITY (FOR
A THE "KING COBRA," "FALSEHOOD TO STRIKE"
#8 SEGREGATION AND ALIENATION OF A CANOPY
A THAT PROTECTS OUR SECURITY SUCH AS FREEDOM.
#9 "CIVIL DEFENSE" - CONSTITUTIONAL CIRCUIT AND
A THE SUCCESSION TO PROTECT THEM. ENTRAPMENT
#10 AS THEY DISCARD QUARTER SOME OF US IN OUR
A RIGHTS DISSOLVE WE GO FROM LIFE, LIBERTY, AND
#11 THE PURSUIT OF HAPPINESS TO INCARCERATION AND
A ONLY THE EIGTH AMENDMENT. WHILE IN PRISON AND
#12 QUALIFIED FOR "ATTORNEY" THROUGH FINDING AND
A DISCOVERY OUR RIGHTS CONTINUE TO DIMINISH BY
#13 THE UNITED STATES INSURRECTION. UNALIENABLE,
A RIGHTS, GRAVAMEN, AND INORDINATE
#14 UNCONSTITUTIONAL KILLING.

40

I arrest
8-26-25
Gregory S. VanHorson

#1 (#50) MAN IS MORE DISPOSED TO SUFFER EVILS WHILE
A    EVILS ARE SUFFERABLE THAN TO RIGHT THEMSELVES
#2   BY ABOLISHING THE FORMS TO WHICH THEIR
A    ACCUSTOM. QUALTERING IS REVERSION. "CORE STONE"
#3   EXODUS 23:8 FOR A BRIBE BLINDS THE DISCERNING
A    OR TWISTS JUSTICE. IF WE REVERT PASS GROUND
#4   ZERO WE GO FROM A UNIT TO PUTREFACTION.
A    THIS PLAN DOES NOT CONTEND AND ONLY CAUSES A
#5   TURN TURTLE. PROVERBS 23:20 DO NOT MOVE
A    AN ANCIENT BOUNDARY MARK OR ENTER THE
#6   FIELDS OF THE FATHERLESS. FREQUENT A
A    LANDMARK CASE. ALAS THE SEPERATE AND EQUAL
#7   STATION THE NINA LUKE 17:20, THE PENTA
A    LUKE 17:37, AND THE SANTA MARIA LUKE
#8   20:17. ANNUIT COEPTIS NOVUUS ORDO
A    SECLORUM GOD HAS APPROVED OUR BEGINNINGS
#9   A NEW CYCLE OF THE AGES. SEE CIRCUMAMBULATE
A    AND CONCITER FESTAL SHOOT FOR PROCHEIN.
#10  AMY) COMMON LAW ARRIVING "A TIME TO
A    RESTORE. ECCLESIASTES CHAPTER III, SYNOD!

41

ID # A58561

I A58561 Pg 43
8-26-25
Greg Van Husien

#1 (#54) SEE EXHIBIT THREE: GREGORY S. VAN HUISEN
A    IN RE: THE HABEAS CORPUS FOR TIME LINE
#2   AND PARTICIPATION.

A (#55) COMPLAINT A "DOVE TAIL", ALL A PERFECT FIT.
#3   CONSTITUTIONAL. EQUITY ECCLESIASTES 3:15
A    SUCH AS SUPEREROGATION. "LEX RESPICIT
#4   AEQUITATEM", THE LAW PAYS REGARD TO EQUITY
A    DEMOCRACY NOW! NEMO COGITATIONIS
#5   POENAM PATITUR NO ONE SHOULD SUFFER
A    PUNISHMENT FOR HIS THOUGHTS. LAW IS
#6   A FACADE. TRANSGRESSION AND
A    UNIVERSAL IDOLATRY HAS YIELDED A WHITE
#7   WASHED WALL SUCH AS ONE LAW CONSPIRING
A    AGAINST GOD - PSALM ANNUIT COEPTIS GOD
#8   HAS APPROVED OUR BEGINNINGS. NOW THE
A    WHITE HOUSE FACADES. DEMOCRACY IS
#9   CONSTRAINED AND HELD HOSTAGE. I
A    CHARGED THE FEDERAL ELECTION COMMISSION
#10  TO ADDRESS THEIR ISSUES QUICKLY BEFORE
A    FACING LETHAL JUDGEMENT SEE "7 DAYS OF
#11  GRACE", BASILICA. SEE ALSO BABOON. DOG
A    IS DEFINED AS A ASTRON. THE HOUR GLASS
#12  HAS BEEN TURNED OVER.

43.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief: PARAGRAPH 1-55 ALEA ENORMIA

"INTERIM ORDER", FOR DECLATORY RELIEF. POWER TO THE PEOPLE THE GOLDEN MEAN. SEE VAN HUISEN VS CATRADES FOR NOS. 04-6485 CALIFORNIA REPORTER FOR AFFIRMATION. NOTICE OF DISHONOR FILED FOR THE UNITED STATES INSURECTION.

8-26-2025
_____
(Date)

I ATTEST

_____
(Signature of Plaintiff)

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: *Three Part Exhibit For The United States Court, Central District*

*08/26 . 2025*

Number of pages to this Exhibit: ___12___ pages.

JURISDICTION:    (Check only one)

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme Court

☒ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

45

OOA RECEIVED

DEC 3 0 2024

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 000000652286 | Date Received: _____ |
|---|---|---|
| | Decision Due Date: _____ | |
| | Categories: _____ | |

Claimant Name: VANHUISEN, GREGORY SCOTT      CDCR #: AS8561

Institution/Parole Region: LAC-SP      Current Housing/Parole Unit: D4 235

**STAFF USE ONLY**

23      12/20/24

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No: 000000652286      Claim No: ALL

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ LOST LEADER - SEE REVERSION

EXHAUSTION DOCTRINE - CLAIMS UNDER A LOST-LEADER
WHEN POINTLESS DO NOT HAVE TO BE FULLY EXHAUSTED.
SEE INGRESS/EGRESS AS OF 11-22-2024 I WILL BE SERVING
AN UNLAWFUL SENTENCE/UNAUTHORIZED SENTENCE. I RECIEVED
A NATURAL RELEASE DATE CHANGE INGRESS AND IT WAS REVOKED
(SEE REVERSE SIDE)

> This form shall be submitted by mail to:
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the
Office of Grievances when reviewing your appeal, but will <u>not</u> consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

Claimant Signature: _____      Date Signed: 12/16/24

_ADA Accessible_



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

## OFFICE OF APPEALS DECISION

<u>INSTRUCTIONS:</u> Do not mail this response.
**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** VANHUISEN, GREGORY SCOTT     **Date:** 02/27/2025
**CDC#:** AS8561
**Current Location:** LAC-Facility D     **Current Area/Bed:** D  003 2 - 222001L

**Log #:** 652286

**Claim #  001**
**Received at Institution/Parole Region:**  Mule Creek State Prison
**Submitted to Facility/Parole District:**  Mule Creek State Prison
**Housing Area/Parole Unit:**
**Group:** Offender Services     **Category:** Mail     **Sub-Category:** Legal Mail

### I. ISSUE ON APPEAL

You claim as of November 22, 2024, you will be serving an unlawful/unauthorized sentence.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3001, 3481(a), and 3483(g)(1)

#### B. DOCUMENTS CONSIDERED

Grievance and Appeal Log No. 652286

### III. REASONING AND DECISION

The review finds the grievance response lacks sufficient reasoning in support of the decision.  As mandated within Title 15, section 3481(a), a claimant shall receive a written response clearly explaining the reasoning for the decision in each claim. Specifically, the response addressed appellant's claim as if appellant was grieving a hold on appellant's legal mail; however, appellant appears to be claiming appellant is being held within the Department of Corrections and Rehabilitation unlawfully.  Based upon the response provided, the Office of Appeals is unable to accurately determine a decision on the matter.  Thus, the claim is granted.

### IV. REMEDY

The Office of Grievances shall open a new grievance log number, gather, and preserve all relevant evidence, and answer this claim on its merit. Specifically, the institution shall review any, and all documentation, conduct all relevant clarifying interviews and provide a substantive response regarding the alleged claim.

5 2

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 02/26/2025 |

53

*U.S. Court Central District*

*Part 3*
*8-17-25*
*2 F*



CALIFORNIA DEPARTMENT *of*
## Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

<u>INSTRUCTIONS:</u> Do not mail this response.
**Effective Communication** shall be provided upon delivery and documented in SOMS.

| | |
|---|---|
| **Offender Name:** VANHUISEN, GREGORY SCOTT | **Date:** 04/08/2025 |
| **CDC#:** AS8561 | |
| **Current Location:** LAC-Facility D | **Current Area/Bed:** D 003 2 - 222001L |

**Log #:** 703706

**Claim #: 001**
**Received at Institution/Parole Region:**   Mule Creek State Prison
**Submitted to Facility/Parole District:**   Mule Creek State Prison
**Housing Area/Parole Unit:**
**Group:**   Case Records and Classifications      **Category:**   Case Records      **Sub-Category:**   Error In Sentencing Document
**I. CLAIM**

Per OOA Remedy for Grievance Log #652286:
The review finds the grievance response lacks sufficient reasoning in support of the decision. As mandated within Title 15, section 3481(a), a claimant shall receive a written response clearly explaining the reasoning for the decision in each claim. Specifically, the response addressed appellant's claim as if appellant was grieving a hold on appellant's legal mail; however, appellant appears to be claiming appellant is being held within the Department of Corrections and Rehabilitation unlawfully. Claimant alleges as of November 22, 2024, they will be serving an unlawful/unauthorized sentence. MCSP shall gather, and preserve all relevant evidence, and answer this claim on its merit. Specifically, the institution shall review any, and all documentation, conduct all relevant clarifying interviews and provide a substantive response regarding the alleged claim.

**II. RULES AND REFERENCES**

   **A. CONTROLLING AUTHORITY**

   Proposition (Prop) 57 effectives 05/01/2017; 05/01/2021; 12/28/2021
   California Code of Regulations (CCR), Title 15, Section 3043, 3043.1, 3043.2, 3043.3, 3043.6, 3044, 3315
   Penal Code (PC) 667.5(c), 2933.1, 667(b)-(I), 1170.12
   CCR, Title 15, Section 3000, Definitions
   CCR, Title 15, Section 3001, Subject to Regulations
   CCR, Title 15, Section 3481, Claimant's Ability to Grieve and Appeal
   CCR, Title 15, Section 3483, Grievance Review

   **B. DOCUMENTS CONSIDERED**

   Grievance Log #703706
   Amended Abstract of Judgment Alameda County Court Case #H50216
   Abstract of Judgment Alameda County Court Case #H50217
   Amended Minute Order Alameda County Court Case #H50216/H50217
   CalcIT Calculation Worksheet dated 04/02/2025

**III. REASONING AND DECISION**

*CDCR AS8561 I attest*
*Page 54 8-26-25*
*56 54 8-26-25*
*CDCR LAC-D*
*544*

Claimant was sentenced as a violent second-striker offender from Alameda County Court Case #H50216/H50217 for PC192(a) Voluntary Manslaughter, case enhancement PC667.5(a) Prior Prison Term/Violent, PC245(a)(1) Assault with a Deadly Weapon and offense enhancement PC12022.7(a) Inflict for a total determinate term of 27 years.

The Good Conduct Credit (GCC) earning rate for a violent offender is 15%. Effective 05/01/2017, pursuant to the implementation of Proposition (Prop) 57, the GCC earning rate increased from 15% to 20%. Effective 05/01/2021, pursuant to Prop 57, the GCC earning rate increased from 20% to 33.3%.

The claimant's Earliest Possible Release Date (EPRD) is calculated correctly with an EPRD of 02/12/2028. The claimant has received all credit reductions available pursuant to Prop 57.

If the claimant perceives an issue with their sentence, the appropriate parties to contact would be either the incarcerated person's attorney, or the appropriate sentencing court. For these reasons, your claim is denied.

**IV. Comments**


**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY the claim.

If you are dissatisfied with the decision of this claim, you may appeal this decision by mailing a CDCR Form 602-2 to the Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| T. Tyler [TYTH002] | Reviewing Authority | 04/07/2025 |

*U.S. Court For The Center District*
*Nos: 2:25CV-0-2007 MWF SPR*    *② H* (circled)    *Ninth Circuit*    *Docket # 23606*
*5-1-2025*
*Exhibit 2 — 2 Pages*

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

## OFFICE OF GRIEVANCES DECISION

INSTRUCTIONS: Do not mail this response.
**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** VANHUISEN, GREGORY SCOTT     **Date:** 12/04/2024
**CDC#:** AS8561
**Current Location:** LAC-Facility D     **Current Area/Bed:** D 004 2 - 235001L

Log #: 000000652286

**Claim #: 001**
Received at Institution/Parole Region:     Mule Creek State Prison
Submitted to Facility/Parole District:     Mule Creek State Prison
Housing Area/Parole Unit:
Group:     Offender Services     **Category:**     Mail     **Sub-Category:**   Legal Mail

### I. CLAIM

Claimant verifying legal mail sent out on 11/7/2024, unlawful holding mail.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

CCR Title 15 Section 3142(d) Inmates shall post confidential mail by presenting the mail unsealed to designated staff. In the presence of the inmate, the staff shall remove the contents of the envelope upside down to prevent reading of the contents. Staff shall remove the pages and shake them to ensure there is no prohibited material, consistent with these regulations. If no prohibited material is discovered, the contents shall be returned to the envelope and sealed. Staff shall place their signature, badge number and date across the sealed area on the back of the envelope. Staff shall then deposit the confidential mail in the appropriate depository.

#### B. DOCUMENTS CONSIDERED

CCR Title 15
CDC 119 Legal Mail Log

### III. REASONING AND DECISION

After a review of the claimant's CDC 119 Legal Mail Log, the claimant has no outgoing legal mail for the claimant on November 7, 2024. The mailroom processed two outgoing pieces of legal mail from the claimant on November 12, 2024. The mailroom processed all outgoing legal mail in accordance with CCR Title 15 and the DOM.

### IV. Comments

*CDC# AS8561*
*Ingreso*
*CSPLAC#2044 — Page 56*
*8-26-2025*

Grievance Denied

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to deny the

*54*

FILED ON HSO 216-7 HAYWARD SUPERIOR COURT
ALAMEDA COUNTY        Page 3 of 5
1 California Criminal Discovery        IN RE WILLIAN MOORE

[The People or Defendant] seek the following records, complaints, and information:
[List them]        "CITTEE COVER

*Element No. 4: Affidavit showing "good cause"*

The party making a *Pitchess* motion must make a sufficient *prima facie* showing of "good cause" to justify having the court conduct an *in camera* review of the pertinent officers' personnel files for any responsive documents. Evid. Code § 1043(a), (b)(3); *Abatti v. Super. Ct.*, 112 Cal.App.4th 39, 49–50 (2003); *Eulloqui v. Super. Ct.*, 181 Cal.App.4th 1055, 1063 (2010). The "good cause" must be set forth in an affidavit, and that affidavit may be based upon information and belief of an attorney rather upon than personal knowledge. *Garcia v. Super. Ct.*, 42 Cal.4th 63, 70 (2007); *People v. Mooc*, 26 Cal.4th 1216, 1226 (2001); *cf. City of Santa Cruz v. Muni. Ct.*, 49 Cal.3d 74, 86 (1989) (personal knowledge not necessary); *Brant*, 108 Cal.App.4th at 105 (affidavit by attorney permissible).

To establish "good cause," the moving party must:

(1)  "[S]tat[e] upon reasonable belief that the government agency identified has the records or information from the records," Evid. Code § 1043(b)(3); and

(2)  Establish that the information sought is "material[]" to "the pending litigation," *id.*

"Good cause" is a "relatively relaxed standard[]," *People y. Gaines*, 46 Cal.4th 172, 179 (2009), that "sets a relatively low threshold," *id.* at 182, and requires "only a minimal showing," *Garcia*, 42 Cal.4th at 72.

The first element of "good cause" is met. As noted above, [Attorney name] has stated with "some specificity" "upon reasonable belief" that [agency name] has the *type* of information Defendant seeks. *City of Santa Cruz*, 49 Cal.3d at 91–92; *Warrick v. Super. Ct.*, 35 Cal.4th 1011, 1021 (2005). [Attorney name]'s declaration shows "more than a 'mere desire for the benefit of all information.'" *City of Santa Cruz*, 49 Cal.3d at 91–92 (citation and internal quotations omitted); *Warrick*, 35 Cal.4th at 1021.

The second element of "good cause" is also met. The records and/or information sought must be "material" to the *pending litigation*—which, in this case, is the upcoming [insert proceeding (trial, suppression motion, etc.)]. *E.g.*, *Giovanni B. v. Super. Ct.*, 152 Cal.App.4th 312, 319 (2007). A moving party can establish that the records and/or information it seeks are "material" if it does the following:

(1)  Sets forth a "specific factual scenario of officer misconduct [in this case] that is plausible when read in light of the pertinent documents," *Uybungco v. Super. Ct.*, 163 Cal.App.4th 1043, 1048–49 (2008) (citation and internal quotations); and

(2)  Articulates "a logical link between the information [sought by the *Pitchess* motion] and a proposed defense to the pending charge," *Sisson v. Super. Ct.*, 216 Cal.App.4th 24, 36 (2013), by explaining (a) how the information sought would reveal past officer misconduct that "is similar to the misconduct alleged ... in the pending litigation," *California Highway Patrol v. Super. Ct.*, 84 Cal.App.4th 1010, 1021 (2000); *and* (b) "[h]ow the discovery [of the past officer misconduct] being sought would support ... a defense [in the present proceeding] or how it would impeach the officer's version of events." *Garcia*, 42 Cal.4th at 71 (citation and internal quotations omitted);

[For defense:]

In this case, Defendant has alleged that [named officer(s)] engaged in the following misconduct. [Describe use of excessive force, use of violence, false statement in police reports, other deceptive conduct in this case.] (Decl. of [Attorney name], ¶¶ [citation].) The defendant has therefore discharged its duty to present (a) an "alternate version of the facts." *People v. Sanderson*, 181 Cal.App.4th 1334, 1340–41 (2010). (b) that is plausible. In evaluating whether this alternate version is "plausible," a court is not to ask whether it is persuasive or credible. *People v. Thompson*, 141

99







**MAIL**

1819 Notification of Disapproval

**NAUTHORIZED ITEMS WITHIN INMATE**

mail contains these items, it will result in an issuance of a CDC For...

• No padded, cardboard, or bubble wrap envelopes.
• No cardstock, sketch pads, construction paper or colored paper.
• No musical greeting cards, videos, CD's, or cassette tapes.
• No cash. No pens, pencils, or markers.
• No identification cards, credit cards, bank cards, phone cards, etc.
• No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug
  aphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender.
  thing which depicts, displays, or describes sexual penetration or sexual acts.
  o gang affiliated material, hand gestures, or signs.
  o items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
  o tattoo patterns or tracing patterns. No jewelry.
  o mail containing unknown substance, any powder, liquid and/or solids.
  No unauthorized correspondence between inmates/parolees.
• No lipstick, perfume, cologne, and scents on the contents or envelope.
• No items which may be deemed a threat to the safety and security of the institution, or any
  correspondence deemed circumvention of the mail policies and procedures.
• All incoming mail must have full return address.

**AUTHORIZED ITEMS WITHIN INMATE MAIL**

• 40 postage stamps/40 envelopes (Prepaid postage must not show the date)
• Letters/greeting cards
• 10 photographs (no larger than 8" x 10")
• Checks/money order with inmates name and CDC#
• Writing paper (white/yellow lined only)
• Publications (books, magazines, newspapers) MUST come directly from ...
• For funds to be mailed directly to inmates account, send through
  www.jpay.com or call (800) 574-5729

...RS COUNTY

...URE: